**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

FILED
June 21, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Greg Duenas
DEPUTY

| | | |
|---|---|---|
| **REBECCA PAEZ,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| **v.** | § | |
| | § | **EP-20-CV-00321-DCG** |
| **WAL-MART STORES TEXAS, LLC,** | § | |
| | § | |
| | § | |
| ***Defendant.*** | § | |
| | § | |

## VERDICT FORM ON DAMAGES

**Question No. 3**

What sum of money, if paid now in cash, would fairly and reasonably compensate Rebecca Paez for her injuries, if any, that resulted from the occurrence in question?

Consider the elements of damages listed below and none other. Consider each element separately. Do not award any sum of money on any element if you have otherwise, under some other element, awarded a sum of money for the same loss. That is, do not compensate twice for the same loss. Do not include interest on any amount of damages you find.

Answer separately, in dollars and cents, for damages, if any. Do not reduce the amounts, if any, in your answers because of the

negligence, if any, of Rebecca Paez. Any recovery will be determined by the Court when it applies the law to your answers at the time of judgment.

When considering damages, do not include any amount for any condition that did not result from the occurrence in question.

If a preexisting injury or condition was not causing any symptoms at the time of the occurrence in question but made the plaintiff more susceptible to injury than a person without that injury or condition, include damages, if any, resulting from a combination of the preexisting injury or condition and the occurrence in question.

1. Physical pain and mental anguish sustained in the past.

Answer: 122,640.00

2. Physical pain and mental anguish that, in reasonable probability, Plaintiff Rebecca Paez will sustain in the future.

Answer: 1,185,520.00

"Mental anguish" refers to a heightened emotional injury beyond ordinary grief; it encompasses keen and poignant mental suffering, a high degree of mental suffering, or an intense pain of mind or body. It includes a mental sensation of pain resulting from

such painful emotions as grief, severe disappointment, indignation, wounded pride, shame, despair and/or public humiliation. It does not refer to mere fear, anger or sorrow, worry, anxiety, vexation, or embarrassment. Mental anguish requires direct evidence of the nature, duration, or severity of one's anguish that results in a substantial disruption of one's daily routine.

**SIGNED on this 21 day of June 2022, in El Paso, Texas**

[REDACTED]

Foreperson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **REBECCA PAEZ,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| **v.** | § | |
| | § | **EP-20-CV-00321-DCG** |
| **WAL-MART STORES TEXAS, LLC,** | § | |
| | § | |
| | § | |
| ***Defendant.*** | § | |
| | § | |

**VERDICT FORM ON DAMAGES**

**Question No. 3**

What sum of money, if paid now in cash, would fairly and reasonably compensate Rebecca Paez for her injuries, if any, that resulted from the occurrence in question?

Consider the elements of damages listed below and none other. Consider each element separately. Do not award any sum of money on any element if you have otherwise, under some other element, awarded a sum of money for the same loss. That is, do not compensate twice for the same loss. Do not include interest on any amount of damages you find.

Answer separately, in dollars and cents, for damages, if any. Do not reduce the amounts, if any, in your answers because of the

negligence, if any, of Rebecca Paez. Any recovery will be determined by the Court when it applies the law to your answers at the time of judgment.

When considering damages, do not include any amount for any condition that did not result from the occurrence in question.

If a preexisting injury or condition was not causing any symptoms at the time of the occurrence in question but made the plaintiff more susceptible to injury than a person without that injury or condition, include damages, if any, resulting from a combination of the preexisting injury or condition and the occurrence in question.

1. Physical pain and mental anguish sustained in the past.

   Answer: ______________

2. Physical pain and mental anguish that, in reasonable probability, Plaintiff Rebecca Paez will sustain in the future.

   Answer: ______________

"Mental anguish" refers to a heightened emotional injury beyond ordinary grief; it encompasses keen and poignant mental suffering, a high degree of mental suffering, or an intense pain of mind or body. It includes a mental sensation of pain resulting from

such painful emotions as grief, severe disappointment, indignation, wounded pride, shame, despair and/or public humiliation. It does not refer to mere fear, anger or sorrow, worry, anxiety, vexation, or embarrassment. Mental anguish requires direct evidence of the nature, duration, or severity of one's anguish that results in a substantial disruption of one's daily routine.

**SIGNED on this ___ day of June 2022, in El Paso, Texas**

______________________________
Foreperson